IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT GREEN**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　**4:12-cv-00109-KGB**

**JERRY HUMBRECHT,**
**MITCH WATKINS,**
**and MOLEX, INC.**　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

ORDER

On July 31, 2012, defendants filed their Motion to Compel responses and interrogatories and production of documents from plaintiff. Counsel for plaintiff and counsel for defendants now request a Joint Motion to Stay Consideration of Defendant's Pending Motion to Compel, which is hereby granted.

The parties have agreed to stay further briefing of the Defendants' Motion to Compel until August 20, 2012, at which time the parties will file a joint status report. The plaintiff shall have until September 4, 2012, to file a response to Defendants' Motion to Compel, should the parties not resolve the dispute on or before August 20, 2012.

IT IS, THEREFORE, ORDERED that this Joint Motion to Stay Consideration of Defendants' Pending Motion to Compel is GRANTED.

IT IS SO ORDERED this 17 day of August, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE