IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT GREEN**                                                              **PLAINTIFF**

v.                                    4:12-cv-00109-KGB

**JERRY HUMBRECHT,**
**MITCH WATKINS,**
**and MOLEX, INC.**                                                          **DEFENDANTS**

## ORDER

Before the Court is defendants' motion to compel plaintiff's discovery responses (Dkt. No. 14). On October 17, 2012, the Court held a telephone hearing regarding this motion. All parties were present through their counsel. The Court made an oral ruling at the hearing. This Order confirms that oral ruling.

Plaintiff Robert Green shall have 10 days from the date of this Order to serve supplemental responses to defendants' interrogatory number 12 and request for production number 39 (Dkt. No. 14-1).

Mr. Green shall have 10 days to serve his supplemental response to defendants' requests for production (Dkt. No. 14-1). Specifically, in his supplemental response, Mr. Green shall identify which documents he previously produced are responsive to each of defendants' numbered requests for production as required by Rule 34 of the Federal Rules of Civil Procedure.

To this extent, the motion to compel is granted. The parties agreed all other discovery issues raised by defendants' motion to compel had been resolved prior to the hearing. Therefore, the remainder of the motion is denied as moot.

Defendants' request for fees and costs incurred in connection with the motion to compel is denied. In 10 days, if Mr. Green has not complied with this Order, defendants may file a motion seeking further relief from the Court.

For these reasons, the motion to compel is granted in part and denied in part.

IT IS SO ORDERED this 17 day of October, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE