**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROBERT GREEN**                                                                              **PLAINTIFF**

**v.**                                            **4:12-cv-00109-KGB**

**JERRY HUMBRECHT,
MITCH WATKINS,
and MOLEX, INC.**                                                                      **DEFENDANTS**

**ORDER**

The parties have informed the Court that this matter has been settled and that each party

will bear its own costs and attorneys' fees (Dkt. No. 27).  Therefore, the Court finds that this case

should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the amended complaint and all claims in this action

against defendants are hereby dismissed with prejudice.

SO ORDERED this 31st day of January, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE